NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

TERRY LEE O'BRIEN, *Petitioner*.

No. 1 CA-CR 18-0650 PRPC
FILED 1-3-2019

Petition for Review from the Superior Court in Maricopa County
No. CR2014-156235-001
The Honorable Teresa A. Sanders, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Terry Lee O'Brien, Kingman
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Vice Chief Judge Peter B. Swann, and Judge David D. Weinzweig delivered the decision of the Court.

**P E R   C U R I A M**:

**¶1**        Terry O'Brien seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is the petitioner's fourth successive petition.

**¶2**        Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that the petitioner has not shown any abuse of discretion.

**¶4**        Accordingly, we grant review and deny relief.

